# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| DANNY HAWKINS and KATHLEEN HAWKINS,<br><br>           Plaintiffs,<br><br>     -vs-<br><br>PARIC CORPORATION, MURPHY COMPANY MECHANICAL CON-TRACTORS AND ENGINEERS, INC., UNION ELECTRIC COMPANY, STRUCTURAL PRESSURE VESSELS, GATEWAY BOILER PROJECT JOINT VENTURE, JOHN DOE and GATEWAY ENERGY SYSTEMS,<br><br>           Defendants. | CIVIL NO. 01-CV-673-WDS |

**FILED**
OCT 1 6 2002
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF ILLINOIS
EAST ST LOUIS OFFICE

## JUDGMENT IN A CIVIL CASE

     **DECISION BY COURT.**  This matter came before the Court on plaintiffs' motion to voluntarily dismiss without prejudice.

     IT IS ORDERED AND ADJUDGED that pursuant to the order entered by this Court on October 16, 2002, this case is **DISMISSED** without prejudice as to defendants **PARIC CORPORATION, STRUCTURAL PRESSURE VESSELS, GATEWAY BOILER PROJECT JOINT VENTURE, JOHN DOE and GATEWAY ENERGY SYSTEMS.**

     **IT IS FURTHER ORDERED AND ADJUDGED** that pursuant to the Order of this Court dated June 18, 2002, judgment is entered in favor of the defendant, **MURPHY COMPANY MECHANICAL CONTRACTORS AND ENGINEERS, INC.,** and against the plaintiffs, **DANNY HAWKINS and KATHLEEN HAWKINS.**

     **IT IS FURTHER ORDERED AND ADJUDGED** that pursuant to the Order of this Court dated March 4, 2002, judgment is entered in favor of the defendant, **UNION ELECTRIC COMPANY,** and against the plaintiffs, **DANNY HAWKINS and KATHLEEN HAWKINS.**

     **DATED** this 16th day of October, 2002.

                                                                **NORBERT G. JAWORSKI, CLERK**

                                                                BY: _____
                                                                         Deputy Clerk